JS - 6

# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 10-01133 VAP(OPx)                    Date:  August 25, 2010

Title:     GEXABEL DE JESUS PUENTES -*v*- SOUTH PACIFIC FINANCIAL
           CORP., et al.
=============================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

        Marva Dillard                        None Present
        Courtroom Deputy                     Court Reporter

ATTORNEYS PRESENT FOR                   ATTORNEYS PRESENT FOR
PLAINTIFFS:                             DEFENDANTS:

        None                                 None

PROCEEDINGS:        MINUTE ORDER DISMISSING COMPLAINT
                    (IN CHAMBERS-No Proceedings Held)

        Plaintiff filed her Original Complaint on August 2, 2010, alleging that
Defendants planned to evict her through an unlawfully obtained judgment in an
unlawful detainer action in the California Superior Court for San Bernardino County.
Plaintiff contemporaneously applied <u>ex parte</u> for a temporary restraining order.  In its
August 2, 2010 Order, the Court denied Plaintiff's <u>ex parte</u> application and ordered
her to show cause why her Original Complaint should not be dismissed for lack of
subject matter jurisdiction, as the Court lacks jurisdiction to either stay proceedings
in a California Superior Court or to review a final determination of a California
Superior Court.

MINUTES FORM 11                         Initials of Deputy Clerk: jh-relief
CIVIL -- GEN                 Page 1

EDCV 10-01133 VAP(OPx)
GEXABEL DE JESUS PUENTES v SOUTH PACIFIC FINANCIAL CORP., et al.
MINUTE ORDER of August 25, 2010

      Plaintiff responded to the Order to Show Cause on August 10, 2010, and filed a First Amended Complaint on August 23, 2010.  Plaintiff's response, however, fails to explain why the Court has subject matter jurisdiction over this action.  According to Plaintiff's own allegations in the Original Complaint, Defendants obtained a writ of possession for Plaintiff's residence in the California Superior Court.  As discussed in the August 2, 2010 Order to Show Cause, Plaintiff may not collaterally attack the judgment of the California Superior Court through this action.  Accordingly, Plaintiff's First Amended Complaint is DISMISSED without prejudice.

      **IT IS SO ORDERED.**